UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| In re | ) Bk. No. 07-71129 |
| | ) |
| JAMES R. WHETSEL and | ) |
| CONNIE L. WHETSEL, | ) Chapter 13 |
| | ) |
| Debtors. | ) |
| | ) |
| | ) STATEMENT OF OUTSTANDING |
| | ) OBLIGATION |
| | ) |

RFC/Litton Loan Servicing c/o Real Time Resolutions, secured creditor in the above-entitled Bankruptcy proceeding, its assignees and/or successors in interest, holds the second lien on the subject property generally described as **206 South Hickory Street, Stillman Valley, Illinois**, and hereby submits the following Statement of Outstanding Obligation:

1. On January 28, 2009, the Chapter 13 Trustee issued a Notice of Cure of All Pre-Petition Mortgage Obligations which required that a Statement of Outstanding Obligations be filed with the Court within 60 days of service should any post-petition delinquency exist.

2. Secured Creditor alleges that Debtors made only 1 post-petition payment since the bankruptcy case was filed, received by Secured Creditor on June 25, 2007 in the amount of $262.64, which was applied to the June 1, 2007 post-petition payment. No further funds have been received from the Debtors.

3. In October 2007, December 2007, October 2008 and December 2008, Secured Creditor sent delinquency letters to the Debtor's Attorney, but received no response. Secured Creditor chose not to move for relief from stay based on the limited equity in the subject property.

1

    4. Debtor owes payments to Secured Creditor for the months of July 1, 2007 through and including February 1, 2009 in the amount of $262.64 each, totaling $5,252.80, in order to reinstate the account to a current status.

Dated: 2/28/2009

By/s/ Terri M. Long,
    TERRI M. LONG
Law Offices of Terri M. Long
Homewood Professional Building
18201 Morris Avenue
Homewood, Illinois 60430
(708) 922-3301